**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM 423
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

BILL WILSON
JUDGE

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**JUN 23 2006**

JAMES W. McCORMACK, CLERK
By: _____
              DEP CLERK

**June 20, 2006**

Mr. Leon Johnson
Post Office Box 24853
Little Rock, AR 72221

**RE: Stapleton v. City of West Memphis et al.**
    **Case No. 3:04CV00394**

Dear Mr. Johnson:

You sued a John Doe defendant--an Unknown West Memphis Police Officer. The Complaint was filed on December 2, 2004. Under Fed. R. Civ. P. 4 (m) you are given 120 days to serve the complaint on a defendant.

Because the Unknown Officer has not been properly served, the Complaint against him (or her) will be dismissed without prejudice on July 5, 2006.

You are given to that date to file a response explaining why you failed to identify and serve this Defendant within the time allowed under the Rules.

Cordially

Wm. R. Wilson, Jr.

Original to Mr. James McCormack, Clerk
cc: Ms. Mary Johnson, Courtroom Deputy
    Mr. Michael Allen Mosley
    Mr. Martin Bowen
    Mr. Benjamin David Brenner