**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**LEESENT STAPLETON**                                                                   **PLAINTIFF**

**v.**                                **3:04CV00394-WRW**

**CITY OF WEST MEMPHIS,** *ET AL.*                                    **DEFENDANTS**

## ORDER

Pending is Plaintiff's *pro se* Motion for Voluntary Dismissal (Doc. No. 43). Defendants do not object to the dismissal; however, Defendants's counsel asks that Separate Defendant Jack Washington be DISMISSED WITH PREJUDICE.

In Defendants' Motion for Summary Judgment (Doc. No. 40-42), Defendant notes that Plaintiff has repeatedly stated that he had not complaints about any alleged action taken by Separate Defendant Jack Washington. In fact, Defendant argues that at one point, Plaintiff was not even aware that Mr. Washington had even been named as a Defendant. Although Plaintiff had legal representation when he filed his Complaint, I will not dismiss Mr. Washington with prejudice. If, in fact, he was wrongly named as a party, then Plaintiff can correct that matter if he chooses to refile.

Plaintiff's Motion is GRANTED and his claims are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day August, 2006.

                                                  /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE